FILED
2026 Sep-10 AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES EARL SALERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:24-cv-885-LCB-SGC** |
| | ) | |
| **JEREMY PELZER, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On August 14, 2026, U.S. Magistrate Judge Staci G. Cornelius issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court grant summary judgment in part and deny it in part. (Doc. 32). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (doc. 32) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The defendants' motion for summary judgment (doc. 24) is **GRANTED in part** and **DENIED in part**. Clemons's motion for summary judgment on Salery's failure-to-protect claim is **GRANTED**, and summary judgment is **ENTERED** in Clemons's favor. Pelzer's motion for summary judgment on Salery's claim for excessive force is **DENIED**.

**DONE** and **ORDERED** this September 10, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE